APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEPHEN JABBOUR, et al. | : | NO. 2:13-CV-04935-SD |

ORDER

AND NOW, this ____ Day of _____, 20__, it is hereby

ORDERED that the application of _Christopher M. Choate_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:13-CV-04935-SD

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Christopher M. Choate__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Texas | 11/05/2004 | 24045655 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D. Texas | 08/04/2006 | 635025 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D. Texas | 10/25/2006 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| W.D. Texas | 08/10/2007 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Stephen Jabbour

_(signature)_
(Applicant's Signature)

12/26/13
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

The John T. Floyd Law Firm

2000 Smith Street

Houston, Texas 77002

Sworn and subscribed before me this

26 Day of December, 2013

_____
Notary Public

EMMANNUEL A. MOLINA
Notary Public, State of Texas
My Commission Expires
May 11, 2016

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Christopher M. Choate___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Daniel S. Strick, Esquire | [signature] | December 17, 2001 | 88381 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Lucas and Cavalier, LLC, 1500 Walnut Street, Suite 1500, Philadelphia, PA 19102    (215) 751-9192

Sworn and subscribed before me this

30th Day of Dec., 2013

[signature] Stephanie P Capra
Notary Public

**NOTARIAL SEAL**
**STEPHANIE P CAPRA**
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Nov 24, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEPHEN JABBOUR, et al. | : | |
| | : | NO. 2:13-CV-04935-SD |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of   Christopher M. Choate  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Michael E. Kunz, Clerk of Court for the Eastern District of Pennsylvania

601 Market Street, Room 2609

Philadelphia, PA 19106-1797

_____
Signature of Attorney

Christopher M. Choate
Name of Attorney

Stephen Jabbour
Name of Moving Party

12/26/2013
Date