IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, f/k/a MASHA ALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALAN HESKETH, et al. | : | NO. 13-4935 |

ORDER

AND NOW, this 25th day of April, 2014, upon consideration of defendants Joachim, Finkelstein and Lindauer's motions to dismiss under Fed. R. Civ. P. 12(b)(2) (docket entries ## 71, 72 and 73), and plaintiff Doe's response in opposition thereto and seeking jurisdictional discovery, and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. The Clerk of Court shall RESTORE this action to the Court's Active Docket;

2. Joachim's motion to dismiss is GRANTED;

3. Finkelstein's motion to dismiss is GRANTED;

4. Lindauer's motion to dismiss is GRANTED;

5. Doe's motion for jurisdictional discovery is DENIED; and

6. Defendants Joachim, Finkelstein and Lindauer are DISMISSED as defendants in this action.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.