IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE, f/k/a MASHA ALLEN          :          CIVIL ACTION
                                     :
          v.                         :
                                     :
ALAN HESKETH, et al.                 :          NO. 13-4935

ORDER

AND NOW, this 9th day of January, 2015, upon consideration of defendant

Matthew Alan Mancuso's motion for relief from default judgment (docket entry # 107) and his

motion to dismiss (docket entry # 108), and plaintiff's response thereto, and for the reasons

articulated in the accompanying Memorandum, it is hereby ORDERED that:

      1.     Mancuso's motion for relief from default judgment is GRANTED; and

      2.     Mancuso's motion to dismiss is GRANTED.

                    BY THE COURT:

                    /s/ Stewart Dalzell, J.
                    Stewart Dalzell, J.